UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NORMAN CHARLES OLIVER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:10-CV-2154-B-BK |
| | § | |
| DAVID BROWN, Chief of Police, | § | |
| Dallas Police Department, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, **DISMISSES** with prejudice as frivolous all of Plaintiff's claims against Defendant David Brown, and **DISMISSES** with prejudice as frivolous Plaintiff's claims against Defendants Profit, McEntire, and Lewis for failure to protect, equal protection, freedom of speech, verbal abuse and harassment, deprivation of property, and false arrest.

The Court **CERTIFIES** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). In support of this finding, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions and Recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997). Based on the Findings and Recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit and

would, therefore, be frivolous.  *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

   **SO ORDERED** this 15th day of November, 2012.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE